IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01127-CMA-BNB

TRU-BALANCE, LLC, a Colorado limited liability corporation,

Plaintiff,

v.

ALCOA INC., a Pennsylvania corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   This matter is before the Court on the **Plaintiff's Unopposed Motion for Leave to Appear at August 26, 2011 Scheduling Conference Via Telephone** [docket no. 13, filed August 19, 2011] (the "Motion").

   IT IS ORDERED that the Motion is GRANTED and plaintiff's counsel may appear for the Scheduling Conference on **August 26, 2011, at 8:30 a.m.** telephonically by calling Chambers at 303/844-6408 at the appropriate time.


DATED:  August 22, 2011