IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01127-CMA-BNB

TRU-BALANCE, LLC, a Colorado limited liability corporation,

    Plaintiff,

v.

ALCOA INC., a Pennsylvania corporation,

    Defendant.

## DEFENDANT ALCOA INC.'S MOTION TO STAY

Defendant Alcoa Inc. ("Alcoa") hereby moves this Court to stay all proceedings in this litigation pending the conclusion of the *inter partes* reexamination of U.S. Patent No. 7,178,880 because a stay will likely simplify or eliminate the issues before the Court, reduce the burden of litigation on the parties, and conserve judicial resources. Alcoa also requests that this case be administratively closed. The grounds for this motion are fully set forth in the Memorandum of Law filed contemporaneously herewith.

In compliance with D.C.COLO.LCivR 7.1A, the undersigned counsel for Alcoa, Inc. has conferred with counsel Erik Fischer for Plaintiff, who has indicated that Plaintiff opposes this Motion.

*NY 241,513,579v2 10-17-11*

Respectfully submitted this 18th day of October, 2011.

 s/ Amy L. Kramer
Gayle L. Strong
Amy L. Kramer
GREENBERG TRAURIG, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel: (303) 572-6500
Fax: (303) 572-6540
Email:   strongg@gtlaw.com
         kramera@gtlaw.com

Scott J. Bornstein
Allan A. Kassenoff
Julie P. Bookbinder
Greenberg Traurig, LLP
200 Park Avenue
New York, NY  10016
Tel: (212) 801-9200
Fax: (212) 801-6400
Email:   bornsteins@gtlaw.com
         kassenoffa@gtlaw.com
         bookbinderj@gtlaw.com

ATTORNEYS FOR DEFENDANT ALCOA INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October, 2011, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

Erik G. Fischer
Efischer@egfpclaw.com

William W. Cochran
billc@patentlegal.com

                                                  s/   Karen R. Loveland