**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01127-CMA-BNB

TRU-BALANCE, LLC, a Colorado limited liability company,

     Plaintiff,

v.

ALCOA, INC., a Pennsylvania corporation,

     Defendant.

---

**ORDER AFFIRMING FEBRUARY 27, 2012 ORDER AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

     This matter is before the Court on the February 27, 2012 Recommendation by United States Magistrate Judge Boyd N. Boland (Doc. # 47), in which he ordered that Defendant Alcoa's Motion to Stay (Doc. # 24) be granted, and recommended that thecase be closed administratively subject to reopening for good cause.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

     The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 47 at 4 n.1.)  Despite this advisement, no objections to Magistrate Judge Boland's Recommendation have been filed by either party.  "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard

it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

The Court has reviewed all the relevant pleadings concerning Defendant's Motion to Stay and the Recommendation.  Based on this review, the Court concludes that "there is no clear error on the face of the record."  Fed. R. Civ. P. 72 advisory committee's note.  Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Boland as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 47) is AFFIRMED and ADOPTED.  It is FURTHER ORDERED that Defendant's Motion to Stay (Doc. # 24) be GRANTED and that this case be ADMINISTRATIVELY CLOSED, subject to reopening for good cause.

DATED:  March __16__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2