**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01127-CMA-BNB

TRU-BALANCE, LLC, a Colorado limited liability company,

    Plaintiff,

v.

ALCOA INC., a Pennsylvania corporation,

    Defendant.

---

**ORDER GRANING STIUPLATED MOTION TO REOPEN CASE
AND
DISMISS CASE WITH PREJUDICE**

---

    This matters is before the Court on the parties' Stipulated Motion to Reopen Case and Dismiss Case With Prejudice (Doc. 51). Having reviewed the Motion and the case file, it is hereby

    ORDERED that the Motion is GRANTED. IT IS

    FURTHER ORDERED that the within cause of action is hereby DISMISSED WITH PREJUDICE, with each party bearing its own attorneys' fees and costs.

    DATED: September 28, 2015

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge